```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION
```

MAVERICK RECORDING CO., )
et al., )
 )
       Plaintiffs, )
 )
    vs. ) No. 4:06-CV-1263 (CEJ)
 )
GARY DEES, JR., )
 )
       Defendant. )

## PERMANENT INJUNCTION

**IT IS HEREBY ORDERED** that plaintiffs' motion for a permanent injunction is **granted.**

**IT IS FURTHER ORDERED** that defendant Gary Dees, Jr., his agents, servants, employees and representatives, and all others acting in concert with him are hereby enjoined and restrained from directly infringing plaintiffs' rights in the following copyrighted sound recordings:

1. "You Set Me Free," on album *The Spirit Room*, by artist Michelle Branch (SR # 303-732).

2. "Still the Same," on album *Stranger in Town*, by artist Bob Seger (SR # 5-591);

3. "Sweet Child O' Mine," on album *Appetite for Destruction*, by artist Guns N Roses (SR # 85-358);

4. "My Heart Is Lost to You," on album *Steers & Stripes*, by artist Brooks & Dunn (SR # 294-305);

5. "Something to Talk About," on album *Luck of the Draw*, by artist Bonnie Raitt (SR # 133-193);

6. "If You Could Only See," on album *Lemon Parade*, by artist Tonic (SR # 257-075);

7. "Always You And I," on album *Revelation*, by artist 98 Degrees (SR # 270-025);

8. "Three Libras," on album *Mer De Noms*, by artist A Perfect Circle (SR # 281-642);

9. "Taking You Home," on album *Inside Job*, by artist Don Henley (SR # 281-993);

10. "Open Arms," on album *Escape*, by artist Journey (SR # 30-088);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by plaintiffs (or any parent, subsidiary, or affiliate record label of plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e. download) any of Plaintiffs' Recordings, to distribute (i.e. upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of plaintiffs. Defendant shall also destroy all copies of Plaintiffs' Recordings that defendant has downloaded onto any computer hard drive or server without plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical

medium or device in defendant's possession, custody, or control.

                                                         _____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 6th day of February, 2007